# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-03166-01-CR-S-ODS |
| | ) | |
| JERRY N. BROWN, | ) | |
| | ) | |
| Defendant . | ) | |

## REPORT AND RECOMMENDATION

On April 17, 2006, an Order was entered by this Court committing the defendant pursuant to 18 U.S.C. §4241(d)(1). A psychiatric report from Christina Pietz, Ph.D., ABPP, United States Medical Center for Federal Prisoners, was filed with the Court on September 8, 2006. The expert opinion was that the defendant is competent to stand trial. Thereafter, the matter was called for a hearing on September 22, 2006. The defendant appeared in person and with counsel Ann M. Koszuth, Assistant Federal Public Defender. The United States was represented by James J. Kelleher, Assistant United States Attorney. There was no evidence presented, other than the report previously mentioned above. It is therefore

RECOMMENDED that the defendant be declared competent to stand trial.

       /s/ James C. England
      **JAMES C. ENGLAND, CHIEF**
   **UNITED STATES MAGISTRATE JUDGE**

Date: December 7, 2006