# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 05-03166-01-CR-S-ODS |
| JERRY N. BROWN, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore ORDERED that the defendant be declared competent to stand trial.

S/ Ortrie D. Smith

**ORTRIE D. SMITH**
**UNITED STATES DISTRICT JUDGE**

Date: 12/29/06